**Order entered October 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00759-CR

**DARREIAN OWENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F18-00300-H**

## ORDER

Before the Court is court reporter Crystal Jones's October 16, 2018 second request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before November 26, 2018.

/s/     CRAIG STODDART
JUSTICE